# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL J. FRENCH,         :    No. 78 WM 2021

           Petitioner             :

           v.               :

CLEARFIELD COUNTY CLERK OF COURTS,    :

           Respondent         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of March, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.